**Fill in this information to identify your case:**

Debtor 1: Son (First Name) _____ (Middle Name) Rose (Last Name)

Debtor 2 (Spouse, if filing): _____ First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): 15-34568

FILED
UNITED ST... ...CY COURT
NORTHE... ...OF ILLINOIS

DEC 29 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

☑ Check if this is an amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   - ☐ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   $ _____   ☐ With the filing of the petition
              ☐ On or before this date........ MM / DD / YYYY

   $ _____   On or before this date.......... MM / DD / YYYY

   $ _____   On or before this date.......... MM / DD / YYYY

   + $ _____   On or before this date.......... MM / DD / YYYY

   Total  $ _____   ◀ Your total must equal the entire fee for the chapter you checked in line 1.

### Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

x _____   x _____   x _____
Signature of Debtor 1          Signature of Debtor 2           Your attorney's name and signature, if you used one

Date 12/29/2015              Date _____              Date _____
MM / DD / YYYY                MM / DD / YYYY              MM / DD / YYYY

Official Form 103A                Application for Individuals to Pay the Filing Fee in Installments

| Debtor 1 | Jon | | Rose | Case number (if known) 15-34568 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ⬇

For you.............................................................. $_____

For your spouse................................................ $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  $_____  $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

    _____  $_____  $_____

    _____  $_____  $_____

    Total amounts from separate pages, if any.  + $_____  + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.  $_____ + $_____ = $_____

    Total current monthly income

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11.........................Copy line 11 here➡  $_____

    Multiply by 12 (the number of months in a year).  x 12

    12b. The result is your annual income for this part of the form.  12b.  $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.  [    ]

    Fill in the number of people in your household.  [    ]

    Fill in the median family income for your state and size of household..........................13.  $_____

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
    Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
    Go to Part 3 and fill out Form 122A-2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  *Jon Rose*           X _____
Signature of Debtor 1           Signature of Debtor 2

Date 12 29 2015           Date _____
MM / DD / YYYY           MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.